AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Richmond Division | |
|---|---|---|
| Name (under which you were convicted): MARTIN VANBUREN BARR III | | Docket or Case No.: 22-0163 |
| Place of Confinement: State FARM Correctional Center | Prisoner No.: 3:22CV813 1145525 | |
| Petitioner (include the name under which you were convicted) MARTIN VANBUREN BARR III | v. Respondent (authorized person having custody of petitioner) HAROLD W. CLARKE, DIRECTOR VIRGINIA DEPT CORRECTIONS | |
| The Attorney General of the State of: Virginia | | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

Richmond General District Court; Hanover General District Court; City of Fredericksburg Circuit Court; Salem Circuit Court; Stafford Circuit Court; Spotsylvania County Circuit Court.

(b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): _____

(b) Date of sentencing: _____

3. Length of sentence: 2 years 42 months 45 days

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Petit Larceny; Petit Larceny; Credit Card theft; Petit Larceny (2x); Probation Violation (3x).

_____

_____

_____

_____

6. (a) What was your plea? (Check one)

☐ (1) Not guilty       ☐ (3) Nolo contendere (no contest)

☑ (2) Guilty           ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? I plead guilty in exchange for plea-agreements in the above listed offenses.

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only    n/a

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☐ No    n/a

8.  Did you appeal from the judgment of conviction?

☐ Yes    ☐ No    n/a

9.  If you did appeal, answer the following:

(a) Name of court:    n/a

(b) Docket or case number (if you know):    n/a

(c) Result:    n/a

(d) Date of result (if you know):    n/a

(e) Citation to the case (if you know):    n/a

(f) Grounds raised:    n/a

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court:    n/a

(2) Docket or case number (if you know):    n/a

(3) Result:    n/a

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _n/a_

(5) Citation to the case (if you know): _n/a_

(6) Grounds raised: _n/a_

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _n/a_

(2) Result: _n/a_

_n/a_

(3) Date of result (if you know): _n/a_

(4) Citation to the case (if you know): _n/a_

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes    ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _n/a_

(2) Docket or case number (if you know): _n/a_

(3) Date of filing (if you know): _n/a_

(4) Nature of the proceeding: _n/a_

(5) Grounds raised: _n/a_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes    ☑ No

(7) Result: _n/a_

AO 241 (Rev. 09/17)

(8) Date of result (if you know): n/a

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: n/a

(2) Docket or case number (if you know): n/a

(3) Date of filing (if you know): n/a

(4) Nature of the proceeding: n/a

(5) Grounds raised: n/a

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: n/a

(8) Date of result (if you know): n/a

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: n/a

(2) Docket or case number (if you know): n/a

(3) Date of filing (if you know): n/a

(4) Nature of the proceeding: n/a

(5) Grounds raised: n/a

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❐ Yes    ☑ No

(7) Result:    n/a

(8) Date of result (if you know):    n/a

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ❐ Yes    ☑ No

(2) Second petition:    ❐ Yes    ☑ No

(3) Third petition:    ❐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

n/a

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**    (See, Attachment labeled as "Exhibit A").

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Petitioner is being deprived of preconviction and post-conviction confinement jail credits that constitute a deprivation of a Federal Constitutional right under the 5th and 14th Amendment of the United States Constitution.

(b) If you did not exhaust your state remedies on Ground One, explain why:    n/a

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:    n/a

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    Writ of Habeas Corpus

Name and location of the court where the motion or petition was filed:    Virginia

Supreme Court of Virginia (Richmond, VA).

Docket or case number (if you know):    Record No. 220163

Date of the court's decision:    11/28/2022

Result (attach a copy of the court's opinion or order, if available):

(see, Attachment labeled as "Exhibit B).

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No    n/a

(6) If your answer to Question (d)(4) is "Yes," state:    n/a

Name and location of the court where the appeal was filed:    n/a

Docket or case number (if you know):    n/a

Date of the court's decision:    n/a

Result (attach a copy of the court's opinion or order, if available):    n/a

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

n/a

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _n/a_

**GROUND TWO:** _( see, Attachment labeled as "Exhibit A")._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_The Petitioner is being denied his minimum procedural due process rights with respect to his good time and pretrial good time credits required by the Due process clause under the 5th and 14th Amendment of the United States Constitution._

(b) If you did not exhaust your state remedies on Ground Two, explain why: _n/a_

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No   _n/a_

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _n/a_

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Writ of Habeas Corpus_

Name and location of the court where the motion or petition was filed: _Record No. 220163_

_Supreme Court of Virginia (Richmond, Virginia)._

Docket or case number (if you know): _220163 (Case no. assigned)_

AO 241 (Rev. 09/17)

Date of the court's decision:  *November 28, 2022*

Result (attach a copy of the court's opinion or order, if available):

*(See, Attachment labeled as Exhibit B).*

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No  *n/a*

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  *n/a*

Docket or case number (if you know):  *n/a*

Date of the court's decision:  *n/a*

Result (attach a copy of the court's opinion or order, if available):  *n/a*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*n/a*

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :  *n/a*

**GROUND THREE:**  *n/a*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*n/a*

Page 9 of 16

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: n/a

_____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: n/a

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: n/a

Name and location of the court where the motion or petition was filed: n/a

_____

Docket or case number (if you know): n/a

Date of the court's decision: n/a

Result (attach a copy of the court's opinion or order, if available): n/a

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state: n/a

Name and location of the court where the appeal was filed: n/a

_____

Docket or case number (if you know): n/a

Date of the court's decision: n/a

Result (attach a copy of the court's opinion or order, if available): n/a

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

n/a

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:   n/a

**GROUND FOUR:**   n/a

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

n/a

(b) If you did not exhaust your state remedies on Ground Four, explain why:   n/a

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:   n/a

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   n/a

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: *n/a*

Docket or case number (if you know): *n/a*

Date of the court's decision: *n/a*

Result (attach a copy of the court's opinion or order, if available): *n/a*

(3) Did you receive a hearing on your motion or petition?          ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?          ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: *n/a*

Name and location of the court where the appeal was filed: *n/a*

Docket or case number (if you know): *n/a*

Date of the court's decision: *n/a*

Result (attach a copy of the court's opinion or order, if available): *n/a*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
*n/a*

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *n/a*

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☑ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:    n/a

_____

_____

_____

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

I have put forth the argument to the Virginia Supreme Court (Richmond, VA).

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.    n/a

_____

_____

_____

_____

_____

_____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.    n/a

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:  (see, Attachment labeled as Exhibit C).

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        ☐ Yes  ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:
n/a

(b) Give the date the other sentence was imposed:        n/a

(c) Give the length of the other sentence:        n/a

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?        ☐ Yes  ☑ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*
n/a

AO 241 (Rev. 09/17)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:     (see, Attachment

labeled as Exhibit D).

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)    N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on    12/07/2022    (month, date, year).

Executed (signed) on    Wed. 12-07-2022    (date).

Martin Vanburen Brown, III

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

n/a

<u>Ground One</u>:

The supporting facts are listed at 12(a) on page 6 of 16 in the petition. Due to limited space, the petitioner continues as follows: The VDOC has erroneously excluded or miscalculated certain jail credits that should have been applied against his state sentence. However, the petitioner's legal update sheets fail to disclose the computation of his sentence. The legal updates do is some manner give the sentences handed down by the Court'; however, fails to disclose how the VDOC calculated his release date. At best, the Doc's calculation makes it extreme-ly difficult to pinpoint the exact dates in which to bring to their attention that are erroneous, especially without a supplemental detailed affidavit outling each sequential step in the VDOC's calculation of his term of confinement.

   Frankly, the VDOC's correspondence and brief-ing is rambling and to difficult to understand at best.


1/ (See, Attachment labeled as "Exhibit E").


"Exhibit A"
17

## Ground Two:

Petitioner argues that the VDOC has erroneously allowed previously-banked good time credits to be stripped away from him that should have been applied against his state sentence.

The legal update sheet generated by the VDOC fails to entirely explain the disparities between VDOC's calculations of the good time credits stripped away from him and the legal updates received from him.

The VDOC says in the briefing he is not entitled to have any additional credit toward his sentence without a discloser of how the VDOC calculated his release date good time credits.

Put simply, the legal updates and briefing offered by the DOC is rambling and of no value to understand the computation of his sentence, at best.

"Exhibit A"

18